So Ordered.

Dated: May 4, 2023



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| Greenpoint Asset Management II, LLC, | Case No. 21-25900-gmh |
| Michael G. Hull, | Case No. 21-25901-gmh |
| Jointly Administered Debtors. | Chapter 11 (Jointly Administered Under Case No. 21-25900) |

Greenpoint Asset Management II LLC,

        Plaintiff,

v.                                                          Adv. Proc. No. 22-2034-gmh

Erick Hallick,

        Defendant.

Michael G. Hull,

        Plaintiff,

v.                                                          Adv. Proc. No. 22-2035-gmh

Erick Hallick,

Defendant.

## ORDER FOR JUDGMENT

For the reasons stated in the May 2, 2023 oral ruling and in the September 30, 2022 decision and order, which is here incorporated by reference, IT IS HEREBY ORDERED AS FOLLOWS:

1. Greenpoint Asset Management II LLC's motion for summary judgment is granted to the extent provided in this order and is otherwise denied. The August 26, 2021 order entered against Greenpoint Asset Management II LLC in *Hallick v. Greenpoint Real Estate Development Fund, LLC*, Dane County Case Number 2021CV000304 (Doc. No. 104) is avoided pursuant to 11 U.S.C. §547(b), and Hallick is ordered to pay any amount received under that order to the debtor forthwith pursuant to 11 U.S.C. §550(a).

2. Michael Hull's motion for summary judgment is granted to the extent provided in this order and is otherwise denied. The September 10, 2021 order in *Hallick v. Greenpoint Real Estate Development Fund, LLC*, Waukesha County Circuit Court Case Number 2021TJ000074 (Doc. No. 10), and the September 17, 2021 order entered in *Hallick v. Greenpoint Real Estate Development Fund, LLC*, Dane County Case Number 2021CV000304 (Doc. 107), are each avoided pursuant to 11 U.S.C. §547(b), and Hallick is ordered to pay any amount received under those orders to the debtor forthwith pursuant to 11 U.S.C. §550(a).

3. The clerk is instructed to enter a separate judgment consistent with this order in Adversary Proceeding Number 22-2034 and 22-2035.

# # # # #